UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| JULIEANNE DAHL individually and as Independent Executor of the estate of Russell Dahl, deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | CAUSE NO. 3:14-cv-1734-MGG |
| v. | ) ) | |
| BRIAN HOFHERR, *et al.*, | ) ) | |
| Defendants. | | |

**OPINION AND ORDER**

On December 13, 2016, Defendants, Brian Hofherr and AG Trucking, Inc., filed their Motion for Leave to File Motion for Partial Summary Judgment. Plaintiff, Julianne Dahl, filed her response in opposition to Defendants' motion on December 15, 2016. Defendants' motion became ripe on December 23, 2016, without any reply brief from Defendants.

The deadline for parties to file dispositive motions and *Daubert* motions passed on June 15, 2016. Defendants have failed to show good cause to allow dispositive motions now, about six months after the deadline passed. Therefore, the Court **DENIES** Defendants' motion. [Doc. No. 75].

**SO ORDERED.**

Dated this 3rd day of January, 2017.

S/Michael G. Gotsch, Sr.<br>
Michael G. Gotsch, Sr.<br>
United States Magistrate Judge